Mark R. Thierman, (Cal. State Bar No. 72913)
laborlawyer@pacbell.net
Jason Kuller, (Cal. State Bar No. 228157)
jkuller@thiermanlaw.com
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Jennifer L. Hart, (Cal. State Bar No. 176171)
LAW OFFICE OF JENNIFER L. HART
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 903-0717
Facsimile: (310) 470-6324
jhart@jhartlawfirm.com

Attorneys for Plaintiffs Barbara Buckland, Anna-Marie Stewart, Carmen Peters, Brian Piazza, and others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BUCKLAND, individually, ANNA MARIE STEWART, individually, CARMEN PETERS, individually, BRIAN PIAZZA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-08414-JST-JEM<br><br>**NOTICE OF MOTION AND MOTION FOR CONDITIONAL AND CLASS CERTIFICATION**<br><br>Judge Josephine S. Tucker<br>Date: June 25, 2012<br>Time: 10:00 AM<br>Ct. 10A |

**NOTICE IS HEREBY GIVEN** that on June 25, 2010 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the above-entitled court, Plaintiffs will move the court as follows:

1. To certify that this action is maintainable as a class action under Federal Rule of Civil Procedure Rule 23 on behalf of the following proposed classes:

**California Nurse Class**: All persons currently or formerly employed by Defendant in California having the job title of "Licensed Vocational Nurse," "Licensed Practical Nurse," "Travel Nurse," or equivalent position within four (4) years preceding the filing of the complaint in this action until the entry of judgment after trial.

**California Recruiter Class**: All persons currently or formerly employed by Defendant in California having the job title of "Recruiter" or equivalent position within four (4) years preceding the filing of the complaint in this action until the entry of judgment after trial.

2. To conditionally certify the proposed FLSA Nurse Class:

**FLSA Nurse Class**: All persons currently or formerly employed by Defendant in the United States having the job title of "Licensed Vocational Nurse," "Licensed Practical Nurse," "Travel Nurse," or

equivalent position within three (3) years preceding the filing of the complaint in this action and who file their consents to join this collective action as party plaintiffs pursuant to 29 U.S.C. § 216(b).

3. To order the issuance of an FLSA notice to inform, and permit, all members of the class to "opt in" with equitable tolling during the pendency of this motion. Plaintiffs further request the Court approve the proposed notice and consent to join forms attached as Exhibit A to the Declaration of Mark Thierman, filed and served concurrently herewith.

4. To appoint Barbara Buckland, Carmen Peters and Anna Marie Stewart as the named representatives of the California Nurse Class and FLSA Nurse Class.

5. To appoint Brian Piazza as the named representative of the California Recruiter Class.

6. To appoint Plaintiffs' counsel of record as counsel for the class.

This motion is based on this Notice, the memorandum of points and authorities filed herewith, the supporting declarations, evidence, and proposed order filed herewith in support of this motion, as well as the complete files and records of this action, including such further evidence and arguments as may be presented to the Court at or before the time of hearing.

Dated: May 25, 2012

**LAW OFFICE OF JENNIFER HART**
**THIERMAN LAW FIRM, P.C.**

By: ______________________
Jennifer Hart

Attorneys for Plaintiffs