UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8414-JST(JEMx) | Date | June 19, 2012 |
|---|---|---|---|
| Title | BARBARA BUCKLAND, etc., et al. v. MAXIM HEALTHCARE SERVICES INC., etc. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Nancy Boehme | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY LATE-FILED REPLY PAPERS SHOULD NOT BE STRICKEN OR SANCTIONS SHOULD NOT BE ISSUED

On June 15 and 16, 2012, Plaintiff late-filed her reply papers without explanation or basis for such filing. Plaintiff is hereby ordered to show cause in writing no later than Thursday, June 21, 2012, as to why the late-filed papers should not be stricken or sanctions should not be issued.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | nkb | |